Case 1:17-cv-07520-SJ-SMG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NINO JULIANI, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

MIDLAND CREDIT MANAGEMENT, INC.

                Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 31 2018 ★

BROOKLYN OFFICE

Case No. 1:17-cv-07520-SJ-SMG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
            July 23, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Matthew B. Corwin
Matthew B. Corwin, Esq
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6220
MCorwin@hinshawlaw.com
*Attorney for Defendant*

SO ORDERED
on this __24__ day of __July__ 20__18__
s/Sterling Johnson, Jr, Sr. USDJ
STERLING JOHNSON, JR., SENIOR U.S.D.J.